# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-0322-APG-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| THIEN DINH LE, | |
| Defendant. | |

If the Government has any response to defendant Thien Dinh Le's motion for release pending sentence (ECF No. 62), it shall file that response by **December 3, 2019**.

Dated: November 27, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE