# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-0322-APG-BNW |
| Plaintiff, | **ORDER DENYING MOTION FOR RECONSIDERATION** |
| v. | [ECF No. 68] |
| THIEN DINH LE, | |
| Defendant. | |

Defendant Thien Dinh Le moves for reconsideration of my order denying him release pending sentencing. I have reviewed the papers relevant to Mr. Le's prior motion and my order. I see no reason to change my mind. There is a presumption that Mr. Le be detained pending sentencing. 18 U.S.C. § 3143(a)(2). He has not clearly demonstrated "exceptional reasons why [his] detention would not be appropriate." 18 U.S.C. § 3143(a)(1)

I THEREFORE DENY Mr. Le's motion for reconsideration (ECF No. 68).

Dated this 3rd day of January, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE