MONTI JORDANA LEVY, ESQUIRE
Nevada Bar No. 8158
WRIGHT MARSH & LEVY
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
mlevy@wmllawlv.com
Attorneys for Defendant Thien Dinh Le

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>          Plaintiff,  )<br>     vs.  )<br>THIEN DINH LE,  )<br>          Defendant.  )<br>_____) | CASE NO. 2:18-CR-00322-APG-BNW |

**STIPULATION TO CONTINUE SENTENCING HEARING**
**(Sixth Request)**

IT IS HEREBY STIPULATED AND AGREED, between the United States of America, by and through its attorney, Christopher Chiou, Acting United States Attorney, through Kevin Douglas Schiff, Assistant United States Attorney; and Defendant Thien Dinh Le, by and through his counsel, Monti Jordana Levy, Esquire, Wright Marsh & Levy, that the sentencing hearing currently scheduled for April 28, 2021, at 1:00 p.m. be vacated and set to a date and time convenient to this Court, but no sooner than sixty (60) days from the current sentencing date.

This stipulation is entered into for the following reasons:

1.  Defense Counsel needs additional time to review information and prepare for a sentencing memorandum and presentation in support of a just and reasonable sentence.

2.  The parties agree to the continuance. Mr. Le is currently in custody and agrees to the continuance.

///

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

4. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

5. This is the sixth request for a continuance of the sentencing hearing.

Dated this 24th day of March, 2021.

Respectfully submitted:

| WRIGHT MARSH & LEVY | CHRISTOPHER CHIOU |
| | ACTING UNITED STATES ATTORNEY |
| BY  /s/ Monti Jordana Levy | BY  /s/Kevin Douglas Schiff |
| MONTI JORDANA LEVY, ESQUIRE | KEVIN DOUGLAS SCHIFF |
| Attorney for Defendant Jordan | Assistant U.S. Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:18-CR-00322-APG-BNW |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| THIEN DINH LE, ) | |
| Defendant. ) | |

Based on the Stipulation of the parties, the sentencing hearing in this matter is hereby continued. The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, and would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IS IT HEREBY ORDERED that the sentencing in the above-captioned matter currently scheduled for April 28, 2021, at 1:00 a.m., be vacated and continued to   June 30  , 2021, at  2:00  p .m.

DATED:  March 29, 2021

_____
ANDREW P. GORDON
United States District Judge

3