# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-0322-APG-BNW |
| Plaintiff, | |
| vs. | **ORDER** |
| THIEN DINH LE, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the government's response to Defendant's Motion to Withdraw Plea (ECF No. 115) be due on June 15, 2021.

DATED this __17th__ of May, 2021.

_____
UNITED STATES DISTRICT JUDGE