MONTI JORDANA LEVY, ESQUIRE
Nevada Bar No. 8158
SUNETHRA MURALIDHARA, ESQUIRE
Nevada Bar No. 13549
WRIGHT MARSH & LEVY
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
mlevy@wmllawlv.com
smuralidhara@wmllawlv.com
Attorneys for Defendant Thien Dinh Le

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THIEN DINH LE,<br><br>Defendant. | CASE NO. 2:18-CR-00322-APG-BNW |

**UNOPPOSED MOTION TO WITHDRAW MOTION
TO WITHDRAW PLEA AGREEMENT**

Thien Dinh Le, by and through his attorneys, MONTI JORDANA LEVY, ESQUIRE, and SUNETHRA MURALIDHARA, ESQUIRE, of Wright Marsh & Levy, hereby submit this Unopposed Motion to Withdraw Motion to Withdraw Plea Agreement (ECF 115).

On May 21, 2021, the Ninth Circuit issued an opinion in United States v. Lopez, _F.3d_, No. 19-50305, 2021 WL 2024540 (9th Cir. May 21, 2021) holding that defendants are not rendered ineligible for safety valve relief from mandatory minimums unless they have all three of the items listed in 18 U.S.C. section 3553(f)(1). Accordingly, Mr. Le is eligible for safety valve relief, and now requests this Court grant the instant motion allowing him to withdraw his Motion to Withdraw Plea Agreement (ECF 115).

///

///

The undersigned has discussed this filing with the government, and the government agrees Mr. Le is safety valve eligible.

Dated this 24th day of May, 2021.

Respectfully submitted:

WRIGHT MARSH & LEVY

BY /s/ Monti Jordana Levy
MONTI JORDANA LEVY, ESQUIRE
SUNETHRA MURALIDHARA, ESQUIRE
Attorney for Defendant Thien Dinh Le

IT IS SO ORDERED:

Dated: May 25, 2021

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE
CASE NO. 2:18-CR-00322-APG-BNW