MONTI JORDANA LEVY, ESQUIRE
Nevada Bar No. 8158
WRIGHT MARSH & LEVY
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
mlevy@wmllawlv.com
Attorneys for Defendant Thien Dinh Le

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00322-APG-BNW |
| Plaintiff, | |
| vs. | |
| THIEN DINH LE, | |
| Defendant. | |

**STIPULATION TO CONTINUE SENTENCING HEARING**
**(Seventh Request)**

IT IS HEREBY STIPULATED AND AGREED, between the United States of America, by and through its attorney, Christopher Chiou, Acting United States Attorney, through Susan Cushman, Assistant United States Attorney; and Defendant Thien Dinh Le, by and through his counsel, Monti Jordana Levy, Esquire, Wright Marsh & Levy, that the sentencing hearing currently scheduled for June 30, 2021, at 2:00 p.m. be vacated and set to a date and time convenient to this Court, but no sooner than forty-five (45) days from the current sentencing date.

This stipulation is entered into for the following reasons:

1. Defense Counsel needs additional time to review information and prepare for a sentencing memorandum and presentation in support of a just and reasonable sentence.

2. The parties agree to the continuance. Mr. Le is currently in custody and agrees to the continuance.

///

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

4. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

5. This is the seventh request for a continuance of the sentencing hearing.

Dated this 15th day of June, 2021.

Respectfully submitted:

| WRIGHT MARSH & LEVY | CHRISTOPHER CHIOU |
| --- | --- |
| | ACTING UNITED STATES ATTORNEY |
| BY  /s/ Monti Jordana Levy | BY     /s/ Susan Cushman |
| MONTI JORDANA LEVY, ESQUIRE | SUSAN CUSHMAN |
| Attorney for Defendant Thien Dinh Le | Assistant U.S. Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CASE NO. 2:18-CR-00322-APG-BNW |
| vs. | ) | **ORDER** |
| THIEN DINH LE, | ) | |
| Defendant. | ) | |

Based on the Stipulation of the parties, the sentencing hearing in this matter is hereby continued. The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, and would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IS IT HEREBY ORDERED that the sentencing in the above-captioned matter currently scheduled for June 30, 2021, at 2:00 a.m., be vacated and continued to August 17, 2021, at 2:30 p.m.

DATED: June 16, 2021

_____
ANDREW P. GORDON
United States District Judge