**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-0322-APG-BNW |
| Plaintiff, | |
| vs. | **ORDER** |
| THIEN DINH LE, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the sentencing in this case is continued to Wednesday, September 15, 2021 at 1:30 p.m. in Courtroom 6C.

DATED this 9th of August, 2021.

_____
UNITED STATES DISTRICT JUDGE

3